An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF BINH CHUNG FOR
AN ORDER TO SEAL RECORDS.

No. 68654

BINH CHUNG,

Appellant,

vs.

LAS VEGAS REVIEW JOURNAL,

Respondent.

**FILED**

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to intervene and unsealing appellant's records. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Our preliminary review of this appeal indicated that the order appealed from was not an appealable order. Accordingly, on August 28, 2015, this court issued an order to show cause directing appellant to demonstrate this court's jurisdiction over this appeal. Appellant has filed a response, and respondent has filed a reply.

Appellant argues that the order is appealable because the district court denied an injunction. *See* NRAP 3A(b)(3). Respondent counters, and the documents transmitted to this court indicate, that appellant did not seek an injunction. At the close of the hearing on the motion to intervene and unseal records, the district court denied appellant's oral motion for a stay. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal either from an order

15-33799

granting a motion to intervene, an order to unseal records, or an order denying a motion for a stay. *Brunzell Constr. Co. v. Harrah's Club*, 81 Nev. 414, 419, 404 P.2d 902, 905 (1965). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering


cc: Hon. Susan Johnson, District Judge
Christopher R. Oram
McLetchie Shell LLC
Eighth District Court Clerk